NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RJ TECHNOLOGY LLC,**
*Appellant*

**v.**

**APPLE INC., SAMSUNG ELECTRONICS CO., LTD.,**
*Appellees*

---

2025-1794

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-01183 and IPR2024-00597.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of RJ Technology LLC's "unopposed motion to dismiss the above-captioned appeal as moot," which the court construes as its motion for voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), "with each party to bear its own costs," ECF No. 50-1 at 5,

IT IS ORDERED THAT:

2       RJ TECHNOLOGY LLC v. SAMSUNG ELECTRONICS CO., LTD.

    (1)  The motion is granted to the extent that the appeal is dismissed.

    (2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 31, 2026
    Date

ISSUED AS A MANDATE:  July 31, 2026